**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|                                         |     |                    |
|-----------------------------------------|-----|--------------------|
| **CARL McNEIL,**                        | :   |                    |
|      **Plaintiff,** | :   |                    |
|   **v.**                      | :   | **CIVIL NO.  12-5718** |
|                                         | :   |                    |
| **CAROLYN W. COLVIN, Acting**           | :   |                    |
| **Commissioner of Social Security**,    | :   |                    |
|     **Defendant.**  | :   |                    |

_____:

<u>**ORDER**</u>

**AND NOW,** this 6th day of August 2013, upon consideration of Plaintiff's request for

review, Defendant's response, the Report and Recommendation, and Defendant's Objections

thereto, it is hereby **ORDERED** that:

1.     The Report and Recommendation is **APPROVED** and  **ADOPTED** in substantial

     part, as set forth in the accompanying Memorandum Opinion;

2.     Plaintiff's Request for Review is **GRANTED** in part and **DENIED** in part, as set

     forth in the accompanying Memorandum Opinion;

3.     The case is remanded to the Commissioner in accordance with the fourth sentence

     of 42 U.S.C. § 405(g) for proceedings consistent with the accompanying

     Memorandum Opinion.

It is so **ORDERED.**

                **BY THE COURT:**

                **/s/ Cynthia M. Rufe**

                _____

                **CYNTHIA M. RUFE, J.**