IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **CARL McNEIL,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 12-5718 |
| | : | |
| **CAROLYN W. COLVIN,** Acting | : | |
| **Commissioner of Social Security**, | : | |
| Defendant. | : | |
| | : | |

# ORDER

**AND NOW,** this 6th day of August 2013, upon consideration of Plaintiff's request for review, Defendant's response, the Report and Recommendation, and Defendant's Objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** in substantial part, as set forth in the accompanying Memorandum Opinion;

2. Plaintiff's Request for Review is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion;

3. The case is remanded to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for proceedings consistent with the accompanying Memorandum Opinion.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**